# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| Linda Holton | Case Number: DNCW308CR000177-001 |
| | USM Number: 23130-058 |
| | Andrew Murray |
| | Defendant's Attorney |

**THE DEFENDANT:**

| | |
|---|---|
| X | Pleaded guilty to Count Three |
| _ | Pleaded not guilty to count(s) |
| _ | Pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:1030(a)(2)(c) and 2 | Fraud activity connected with computers | 05/08/06 | 3 |

| | |
|---|---|
| X | Counts(s) 2, 4, & 5 are dismissed on the motion of the United States. |
| | Felony count 1 to be dismissed by District Judge. |
| _ | Violation Notice(s) (is)(are) dismissed on the motion of the United States. |
| _ | Found not guilty as to: |

**IMPOSITION OF SENTENCE:**

___ The defendant shall pay a $10.00 fine and a $25.00 assessment.

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: 11/05/08

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge

Date Signed: November 5, 2008

**RETURN**

I have executed this Judgment as follows: _____

_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal