UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR177-FDW |
|---|---|---|
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| LINDA HOLTON | ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss with Prejudice (Doc. No. 11). Pursuant to Rule 48(a), leave of Court is hereby GRANTED for the dismissal with prejudice of Count One in the Bill of Indictment.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

IT IS SO ORDERED.

Signed: December 19, 2008

Frank D. Whitney
United States District Judge

CERTIFICATE OF SERVICE

_____ I hereby certify that on the 18th of December, 2008, the foregoing Government's proposed Order of Dismissal were duly served through Electronic Court Filing upon the defendant's lawyer:

    Mr. Andrew Murray
    email: ESQMurray@aol.com

    /s/KENNETH M. SMITH

    KENNETH M. SMITH
    Assistant United States Attorney
    N. C. State Bar No. 17934
    227 West Trade Street, Suite 1650
    Charlotte, North Carolina 28202
    704.344.6222 phone
    704.344.6629 facsimile transmission
    email: kenny.smith@usdoj.gov